UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA TOLOMEI,

                    Plaintiff,

        -v-

HESS RESTORATIONS, INC., *et al.*,

                    Defendants.

23-CV-52 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (ECF No. 20.) The proposed settlement involves $10,000 to be allocated to Plaintiff Julia Tolomei in connection with her FLSA claims. (*Id.*) Forty percent of the settlement sum ($4,000) will be collected in attorney's fees, in addition to $519 in costs paid to Plaintiff's counsel.[1] (ECF No. 20-1.)

       The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

       To that end, the proposed settlement at ECF Number 20 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

---

[1] The executed settlement agreement states that Plaintiff will receive $2,750.50 as compensation for her work on behalf of Defendants and $2,750.50 as liquidated damages. That totals $5,500. Paragraph 4(b) of the agreement, however, states that Plaintiff will receive $5,481.00 in total compensation. The Court approves the settlement agreement on the assumption that $5,481 is the correct amount given that Plaintiff's counsel will receive $4,000 in fees and $519 in costs, for a total of $10,000.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: March 27, 2023
       New York, New York

                                            _____
                                                    J. PAUL OETKEN
                                             United States District Judge