UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA TOLOMEI,
                         Plaintiff,

           -v-                              23-CV-52 (JPO)

HESS RESTORATIONS, INC., *et al.*,          ORDER
                         Defendants.

J. PAUL OETKEN, District Judge:

    Plaintiff shall show cause in writing, on or before July 30, 2024, why the Settlement Agreement and Mutual Release should not be enforced as requested by Defendants' counsel.

    Counsel for Defendants are directed to provide a copy of this order to Plaintiff's new counsel on or before July 16, 2024.

    The Clerk of Court is directed to close the motion at ECF Number 23.

    SO ORDERED.

Dated: July 9, 2024
       New York, New York

                                              J. PAUL OETKEN
                                          United States District Judge