**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Marcus A. Nussbaum, Esq. (MN 9581)
3059 Brighton 7th Street, Fl. 1
Brooklyn, NY 11235
Tel: 201-956-7071
Fax: 347-572-0439
*Attorney for Hess Restorations, Inc. and Lada Gabriel*
marcus.nussbaum@gmail.com

| | |
|---|---|
| JULIA TOLOMEI,<br><br>*Plaintiff,*<br><br>– vs. –<br><br>HESS RESTORATIONS, INC. and LADA GABRIEL *aka* LADA SULTANOVA,<br><br>*Defendants.* | CIVIL ACTION<br><br>Docket No.: 1:23-cv-00052-JPO<br><br>**ORDER** |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to the Court's Memorandum and Order dated June 6, 2025, Defendants Hess Restorations, Inc. and Lada Gabriel shall recover from Plaintiff Julia Tolomei, her attorneys Joshua Levin-Epstein, Esq. and Jason Mizrahi, Esq., and their law firm Levin-Epstein & Associates, P.C., jointly and severally, the sum of $9,100.00 (Nine Thousand One Hundred Dollars), representing the attorneys' fees and costs awarded to Defendants in this action.

**IT IS FURTHER ORDERED** that post-judgment interest shall accrue on the above judgment pursuant to 28 U.S.C. § 1961 from the date of entry until the judgment is paid in full.

**IT IS FURTHER ORDERED** that the Clerk shall enter Judgment accordingly.

Dated: January 13, 2026
      New York, New York

_____
J. PAUL OETKEN
United States District Judge