**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JULIA TOLOMEI,

                         Plaintiff,                             23 **CIVIL** 0052 (JPO)

              -against-                                 **JUDGMENT**
                                              **For Attorney's Fees and Costs**
HESS RESTORATIONS, INC. and LADA
GABRIEL aka LADA SULTANOVA,

                         Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 13, 2026, Defendants Hess Restorations, Inc. and Lada Gabriel shall recover from Plaintiff Julia Tolomei, her attorneys Joshua Levin-Epstein, Esq. and Jason Mizrahi, Esq., and their law firm Levin-Epstein & Associates, P.C., jointly and severally, the sum of $9,100.00 representing the attorneys' fees and costs awarded to Defendants in this action.

       IT IS FURTHER ORDERED that post-judgment interest shall accrue on the above judgment pursuant to 28 U.S.C. § 1961 from the date of entry until the judgment is paid in full.

**Dated:** New York, New York
          January 15, 2026

                                       **TAMMI M. HELLWIG**
                                     _____
                                        **Clerk of Court**

                       **BY:**    _____
                                      **Deputy Clerk**