**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

Julia Tolomei,                                                                            Case No.: 23-cv-00052

                                   *Plaintiff*,                                   **NOTICE OF APPEAL**

           *-against-*

Hess Restorations, Inc., and Lada Gabriel,

                                   *Defendants*.
-------------------------------------------------------------------X

      Notice is hereby given that Julia Tolomei (the "Plaintiff"), Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an Order entered in this action on January 13, 2026 [Dckt. No. 34], awarding a judgment in favor of Defendants Hess Restorations, Inc., and Lada Gabriel (together, the "Defendants"), and against Plaintiff, and her attorneys Joshua Levin-Epstein, Esq. and Jason Mizrahi, Esq., and their law firm Levin-Epstein & Associates, P.C., jointly and severally, in the sum of $9,100.00 (Nine Thousand One Hundred Dollars), representing the attorneys' fees and costs.

      On January 15, 2026, final Judgment was entered by the Clerk [Dckt. No. 36] pursuant to the January 13, 2026 Order, thereby rendering the January 13, 2026 Order final and appealable as of that date.

Dated: January 21, 2026
       New York, New York

                                            LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                            By:   /s/ *Jason Mizrahi*
                                                     Jason Mizrahi, Esq.
                                                     420 Lexington Avenue, Suite 2458
                                                     New York, NY 10170
                                                     Tel. No.: (212) 792-0048
                                                     Email: Jason@levinepstein.com

Cc: All counsel of Record (Via ECF)