**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

| | |
|---|---|
| Julia Tolomei, | Case No.: 23-cv-00052 |
| *Plaintiff*, | Hon. J. Paul Oetken |
| -*against*- | |
| Hess Restorations, Inc., and Lada Gabriel, | |
| *Defendants*. | |

-------------------------------------------------------------------X

**EMERGENCY ORDER TO SHOW CAUSE**
**WITH TEMPORARY RESTRAINING ORDER**

     Upon the annexed Memorandum of Law, together with the declaration of Joshua D. Levin-Epstein, Esq., (the "Levin-Epstein Decl.") and the exhibits annexed thereto, in Support of the Order to Show Cause of Levin-Epstein & Associates, P.C. ("Levin-Epstein"), counsel for Plaintiff Julia Tolomei (the "Plaintiff") against the Defendants Hess Restorations, Inc. and Lada Gabriel also known as Lada Sultanova (together, the "Defendants") and Defendants' counsel, Marcus Aurelius Nussbaum ("Attorney Nussbaum"), in the above-captioned action, and all pleadings and proceedings heretofore had herein, it is hereby ORDERED that:

     1.     Defendants and Attorney Nussbaum show cause before this Court, the Honorable Judge J. Paul Oetken presiding, in Courtroom 706 of the United States District Court for the Southern District of New York, at the Courthouse located at 40 Foley Square New York, NY 10007, on _____, 2026, at _____ a.m./p.m., or as soon thereafter as counsel may be heard, why an order should not be entered, pursuant to Federal Rules of Civil Procedure 62(b) and 65, and this Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief;

(i)  Enjoining and restraining Defendants, Attorney Nussbaum, and their employees, agents, representatives, servants and all persons acting on their behalf from, *inter alia*: enforcing the judgment entered on January 15, 2026 (the "Motion for a Preliminary Injunction");

(ii) together with such other and further relief as the Court deems just and proper.

2. Let service of a copy of this Order to Show Cause, together with the papers upon which it is based, be accomplished by delivering these papers by overnight mail, email, and ECF to Defendants' counsel, Attorney Nussbaum, by on or before _____, 2026, and that be deemed good and sufficient service.

3. Opposition papers, if any, from Defendants, must be electronically filed with the Court on or before _____, 2026.

Dated: New York, New York

_____, 2026

_____
The Hon. J. Paul Oetken
United States District Judge