UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA TOLOMEI,

                Plaintiff,

    -v-

HESS RESTORATIONS, INC., *et al.*,

                Defendants.

23-CV-52 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

For the reasons stated during the hearing held on February 19, 2026, the Order at ECF No. 34 and the Clerk's Judgment at ECF No. 36 are hereby VACATED.

The Court will address any pending disputes and enter a revised judgment on attorney's fees following the briefing scheduled during the February 19 conference.

SO ORDERED.

Dated: February 19, 2026
      New York, New York

_____
            J. PAUL OETKEN
        United States District Judge